SCHIFF HARDIN LLP
Jeffrey R. Williams (Bar No. 84156)
jrwilliams@schiffhardin.com
Rocky N. Unruh (Bar No. Bar No. 84049)
runruh@schiffhardin.com
Sarah D. Youngblood (Bar No. 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendants
UNILEVER UNITED STATES, INC. and
CONOPCO, INC. d/b/a UNILEVER HOME &
PERSONAL CARE USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPHINE WELLS and CATHERINE RENY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., LEK INC., and CONOPCO, INC. d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>Defendants. | Case No.  3:13-CV-04749-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS FOR PURPOSES OF MEDIATION**<br><br>**Local Rules 7-1(5) and 7-12** |

Pursuant to Civil L.R. 7-1(5) and 7-12, plaintiffs Josephine Wells and Catherine Reny ("Plaintiffs") and defendants Unilever United States, Inc. and Conopco, Inc. ("Unilever"), by their respective counsel, stipulate and agree as follows:[1]

---

[1] Defendant LEK, Inc. has not yet been served with process, and is therefore not an "affected party" whose signature is required under Civil L.R. 7-12.

1. Plaintiffs in this case assert a variety of claims relating to a hair care product, the Suave Professionals Keratin Infusion 30 Day Smoothing Kit (the "Product"). Plaintiffs' Complaint (Dkt. # 1) asserts claims for breach of warranty, violation of consumer protection statutes, false advertising, unjust enrichment, strict product liability and negligence/gross negligence on behalf of (a) a putative class consisting of all persons who purchased the Product in any state other than Alabama, Illinois, Kentucky, Nevada and Wisconsin or, in the alternative, (b) all persons who purchased the Product in the state of California. Plaintiffs' counsel have also filed two other putative class actions – *Reid v. Unilever United States, Inc.*, N.D. Ill. Case No. 12-cv-6058, and *Naiser v. Unilever United States, Inc.*, W.D. Ky. Case No. 13-cv-395 – alleging virtually identical claims on behalf of residents of all states other than Kentucky.

2. Shortly after the *Reid* case was filed, Plaintiffs' counsel and counsel for Unilever attempted to resolve the case by mediation with former federal judge Wayne Anderson. Although that initial effort was unsuccessful, Unilever has successfully resolved 127 claims brought by individuals, including former class representative in the *Reid* case Angel Lake. Plaintiffs' counsel and counsel for Unilever have also continued to work with the mediator to try to resolve the putative class actions.

3. At the suggestion of the mediator, Unilever and the *Reid* plaintiffs jointly sought a 60-day stay of proceedings in the *Reid* case in order to allow Plaintiffs and Unilever to devote their full resources to intensive, good faith efforts to working with the mediator and each other to resolve these related putative class actions, and to avoid the burden and expense of discovery and motions while they do so.[2] *See Reid*, N.D. Ill. Case No. 12-cv-6058, Dkt. # 79. The *Reid* parties also committed to seek a stay of this case and the *Naiser* case pending in the Western District of Kentucky for the same period of time.

4. On November 5, 2013, the judge presiding over the *Reid* case (Chief Judge Ruben Castillo) granted the joint motion and entered an order staying proceedings in the *Reid* case for sixty days, until January 6, 2014. *Reid*, N.D. Ill. Case No. 12-cv-6058, Dkt. # 81.

---

[2] LEK, Inc. is named as a defendant in the *Reid* case, but did not join the motion to stay because it had not yet been served with process at the time the joint motion was filed.

5. Accordingly, subject to the approval of the Court, Plaintiffs and Unilever (collectively, the "Parties") have stipulated to a stay of all proceedings in this matter, including all discovery, until January 6, 2014, and to defer all deadlines set forth in the Court's October 16, 2013 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. # 4). At the end of the stay period, if the case has not been resolved, the Parties will promptly report to the Court so that the Court may enter a new scheduling order and determine whether to reset the Case Management Conference that is currently scheduled for January 23, 2014 at 2:45 p.m.

6. The Parties have agreed that the statutes of limitations applicable to any claims relating to the Product of any persons who purchased the Product in the United States from the date in 2011 that it was first made available to consumers through the present will be tolled during the pendency of the requested stay period.

IT IS THEREFORE STIPULATED AND AGREED and the Parties respectfully request through this application that the Court enter an order staying all proceedings in this matter, including all discovery, until January 6, 2014, and deferring all deadlines set forth in the Court's October 16, 2013 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. # 4).

Dated: November 25, 2013           SCHIFF HARDIN LLP


By: */s/ Jeffrey R. Williams*
    Jeffrey R. Williams
    jwilliams@schiffhardin.com
    Rocky N. Unruh
    runruh@schiffhardin.com
    Sarah D. Youngblood
    syoungblood@schiffhardin.com
    One Market
    Spear Street Tower, Thirty-Second Floor
    San Francisco, CA 94105
    (415) 901-8700

COUNSEL FOR DEFENDANTS
UNILEVER UNITED STATES, INC.
AND CONOPCO, INC.

| | | |
|---|---|---|
| 1 | Dated: November 25, 2013 | THE MEDHI LAW FIRM, P.C. |
| 2 | | |
| 3 | | By: */s/ Azra Z. Mehdi* |
| | | Azra Z. Mehdi |
| 4 | | azram@themehdifirm.com |
| | | One Market |
| 5 | | Spear Tower, Suite 3600 |
| | | San Francisco, CA 94105 |
| 6 | | (415) 293-8039 |
| 7 | | |
| | | COUNSEL FOR PLAINTIFFS |

I attest and certify that I received permission from plaintiffs' counsel before e-filing this document and will retain proof of this permission.

Dated: November 25, 2013          SCHIFF HARDIN LLP

By: */s/ Jeffrey R. Williams*
   Jeffrey R. Williams
   jwilliams@schiffhardin.com
   Rocky N. Unruh
   runruh@schiffhardin.com
   Sarah D. Youngblood
   syoungblood@schiffhardin.com
   One Market
   Spear Street Tower, Thirty-Second Floor
   San Francisco, CA 94105
   (415) 901-8700

COUNSEL FOR DEFENDANTS
UNILEVER UNITED STATES, INC.
AND CONOPCO, INC.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, THE COURT ENTERS THE FOLLOWING ORDER:**

All proceedings in this matter, including all discovery, are hereby stayed until January 6, 2014, and all deadlines set forth in the Court's October 16, 2013 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. # 4) are hereby deferred. At the end of the stay period, if the case has not been resolved, the Parties will promptly report to the Court so that the Court may enter a new scheduling order and determine whether to reset the Case Management Conference that is currently scheduled for January 23, 2014 at 2:45 p.m.

Dated: _____November 26_____, 2013         _____
                                            SAUNDRA BROWN ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE