1  AZRA Z. MEHDI (220406)
   THE MEHDI FIRM, PC
2  One Market
   Spear Tower, Suite 3600
3  San Francisco, CA 94105
4  (415) 293-8039
   (415) 293-8001 (fax)
5  azram@themehdifirm.com

6  Local Counsel for Plaintiffs

7  SCHIFF HARDIN LLP
   Jeffrey R. Williams (Bar No. 84156)
8  jrwilliams@schiffhardin.com
   Rocky N. Unruh (Bar No. 84049)
9  runruh@schiffhardin.com
   Sarah D. Youngblood (Bar No. 244304)
10 syoungblood@schiffhardin.com
   One Market, Spear Street Tower
11 Thirty-Second Floor
   San Francisco, CA 94105
12 Telephone:    (415) 901-8700
   Facsimile:    (415) 901-8701
13
   Attorneys for Defendants
14 Unilever United States, Inc. and Conopco, Inc. d/b/a Unilever Home & Personal Care USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPHINE WELLS and CATHERINE RENY, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br> vs.<br><br>UNILEVER UNITED STATES, INC., LEK INC., and CONOPCO, INC. d/b/a UNILEVER HOME & PERSONAL CARE USA,<br><br>    Defendants. | Case No.: 3:13-CV-04749-SBA<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>**Local Rules 7-1(5) and 7-12** |

Pursuant to Civil L.R. 7-1(5) and 7-12, plaintiffs Josephine Wells and Catherine Reny and defendants Unilever United States, Inc. and Conopco, Inc., by their respective counsel, stipulate and agree as follows:[1]

1.  Because this matter has been resolved as part of a February 7, 2014 nationwide class settlement in a related matter, *Reid, et al. v. Unilever United States, Inc., et al.*, N.D. Ill. Case No. 12-cv-6058 (the "*Reid* lawsuit"), subject to final approval, the parties respectfully ask that this Court stay or dismiss this suit pending the final approval hearing in the *Reid* lawsuit, currently set for July 9, 2014.

2.  Plaintiffs in this case assert a variety of claims relating to a hair care product, the Suave Professionals Keratin Infusion 30 Day Smoothing Kit (the "Product"). Plaintiffs' Complaint (Dkt. #1) asserts claims for breach of warranty, violation of consumer protection statutes, false advertising, unjust enrichment, strict product liability and negligence/gross negligence on behalf of (a) a putative class consisting of all persons who purchased the Product in any state other than Alabama, Illinois, Kentucky, Nevada and Wisconsin or, in the alternative, (b) all persons who purchased the Product in the state of California. Plaintiffs' counsel have also filed two other putative class actions alleging virtually identical claims: the *Reid* lawsuit, alleging claims on behalf of residents of Alabama, Illinois, Nevada and Wisconsin; and *Naiser v. Unilever United States, Inc.*, W.D. Ky. Case No. 13-cv-395, alleging claims on behalf of residents of Kentucky.

3.  On November 25, 2013, the parties filed a Stipulation and Proposed Order (Dkt. #14) to stay all proceedings in this case until January 14, 2014 while the parties attempted to

---

[1] Defendant LEK, Inc. has not yet been served with process, and is therefore not an "affected party" whose signature is required under Civil L.R. 7-12.

STIPULATION AND ~~[PROPOSED]~~ ORDER
No.: 3:13-CV-04749-SBA

1

resolve all three cases (hereafter, the "Smoothing Kit Lawsuits") through mediation. On November 26, 2013, this Court entered an Order (Dkt. #15) granting the parties' Stipulation and staying all proceedings until January 14, 2014.

4. On December 27, 2013, the Parties filed a Stipulation and Proposed Order (Dkt. #16) to extend the previously entered stay of all proceedings in this matter to February 13, 2014, defer all deadlines set forth in the Court's October 16, 2013 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4), and vacate the case management conference that was scheduled for January 23, 2014. On December 30, 2013, the Court entered the order requested by the parties and stayed all proceedings until February 13, 2014. Dkt. #17.

5. On February 7, 2014, counsel for the named plaintiffs in this action — Josephine Wells and Catherine Reny — along with *Reid* plaintiffs Sidney Reid, Alisha Barnett, Dawn Damrow, and Fran Penell, and the *Naiser* plaintiffs Terri Naiser and Jonnie Phillips, signed and presented a Settlement Agreement (the "Settlement Agreement") to the *Reid* court, agreeing to the resolution of all three of the Smoothing Kit Lawsuits. *Reid*, Dkt. #90-1. The Settlement Agreement provides, among other things, that plaintiffs Wells and Reny shall request that this Court stay this action or dismiss it without prejudice pending final approval of the settlement. *Id.*, ¶18.

6. On February 12, 2014, the Honorable Ruben Castillo of the Northern District of Illinois granted preliminary approval of the settlement, incorporating the Settlement Agreement by reference (¶1), preliminarily certifying a nationwide settlement class (¶6), and directing notice to the nationwide settlement class (¶¶13–16). *Reid*, Dkt. #96. (The Parties have attached for this Court a courtesy copy of the Preliminary Approval Order, as Exhibit 1 to this Stipulation.) In the Order, Judge Castillo (i) added named plaintiffs Josephine Wells and Catherine Reny as plaintiffs in the *Reid* action (¶2); (ii) incorporated the Settlement Agreement, which requires that

2

STIPULATION AND [PROPOSED] ORDER
No.: 3:13-CV-04749-SBA

the parties move to dismiss or stay this action; (iii) stayed and suspended all pretrial proceedings in *Reid*, and stayed and enjoined the defined Settlement Class Members from the filing or pursuit of any other proceedings "based on, relating to, or arising out of the claims, assertions and causes of action raised in the [*Reid*] Action and/or the Released Claims, or the facts and circumstances relating to any of them" unless and until the court determines that a Settlement Class Member has properly excluded himself or herself from the Settlement Class. Judge Castillo has set a Final Approval hearing for July 9, 2014 at 1:30 p.m.

IT IS THEREFORE STIPULATED AND AGREED and the parties respectfully request through this application that the Court enter an order extending the previously entered stay of proceedings in this matter, including all discovery, or, in the alternative, that the Court dismiss this action without prejudice, until such time as Judge Castillo issues an Order in the *Reid* case regarding Final Approval of the Settlement Agreement.

DATED: February 18, 2014    THE MEHDI FIRM, PC

/s/
AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com

Local Counsel for Plaintiffs

DATED: February 18, 2014    SCHIFF HARDIN LLP

/s/
SARAH D. YOUNGBLOOD

Jeffrey R. Williams
jwilliams@schiffhardin.com
Rocky N. Unruh
runruh@schiffhardin.com
Sarah D. Youngblood
syoungblood@schiffhardin.com
One Market
Spear Street Tower, Thirty-Second Floor

San Francisco, CA 94105
(415) 901-8700

Counsel for Defendants Unilever United States, Inc. and Conopco, Inc.

I attest and certify that I received permission from defendants' counsel before e-filing this document and will retain proof of this permission.

DATED: February 18, 2014         THE MEHDI FIRM, PC

                                 /s/
                                 AZRA Z. MEHDI
                                 One Market
                                 Spear Tower, Suite 3600
                                 San Francisco, CA 94105
                                 (415) 293-8039
                                 (415) 293-8001 (fax)
                                 azram@themehdifirm.com

                                 Local Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
No.: 3:13-CV-04749-SBA

4

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, THE COURT ENTERS THE FOLLOWING ORDER:**

By stipulation of the parties, this matter is dismissed without prejudice, with each side to bear its own costs.

Dated:  2/19/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES SENIOR DISTRICT JUDGE

[PROPOSED] ORDER
No.: 3:13-CV-04749-SBA

**CERTIFICATE OF SERVICE**

I hereby certify that on, I authorized the electronic filing of the Stipulation and [Proposed] Order Extending Stay or Dismissing this Action Without Prejudice, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2014.

/s/
AZRA Z. MEHDI

CERTIFICATE OF SERVICE
No.: 3:13-CV-04749-SBA